No. 7,789.—STATE HIGHWAY COMMISSION ET AL., RE-
SPONDENTS, v. LYMAN C. HARRIS ET AL., APPELLANTS.

Decided January 19, 1940.

PER CURIAM.—It is ordered that the appeal in the above-
entitled cause be dismissed in accordance with praecipe on file.

*Mr. Wellington D. Rankin* and *Mr. Arthur P. Acher,* for Ap-
pellants.

No. 7,719.—ALICE JAMES, RESPONDENT, v. R. B. FRASER
and DAN FRASER, APPELLANTS.

Decided January 8, 1938.

PER CURIAM.—Agreeably to stipulation of parties the ap-
peal herein is dismissed as settled.

*Messrs. Crippen & Crippen,* for Appellant.

*Mr. G. E. Snell* and *Mr. M. J. Lamb,* for Respondent.